IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In the matter of: | § | |
| | § | Chapter 7 |
| KEITH A. FAUVIE, | § | Case No. 15-40635-EJC |
| | § | |
| Debtor | § | |

**MOTION TO REOPEN CASE AND DEFER FILING FEE**

NOW COMES, Guy G. Gebhardt, Acting United States Trustee, and hereby files this Motion to Reopen Case and Defer Filing Fee and shows the Court as follows:

1. Keith A. Fauvie ("Debtor") filed chapter 7 bankruptcy case on May 1, 2015.

2. Debtor received a discharge on September 14, 2015, and the chapter 7 trustee filed a Report of No Distribution on January 12, 2016.

3. The Court issued a Final Decree and the case was closed on February 12, 2016.

4. It appears there are assets/claims which can be administered by a trustee.[1]

5. The U. S. Trustee requests that the Court reopen the bankruptcy case for the purpose of appointing a trustee to investigate and pursue possible assets/claims.

6. The U. S. Trustee further requests that the filing fee be deferred until such time as a trustee obtains liquid funds. The chapter 7 trustee appointed in this case will pay said fee to the clerk at the time of the disbursement of funds following the administration of the estate or such other time as the Court may deem appropriate.

---

[1] The prior trustee filed a motion to reopen on May 2, 2017 (Docket No. 43), which was denied by the Court by memorandum and order dated June 21, 2017 (Docket Nos. 50 and 51). The current motion does not seek to re-litigate whether the prior trustee can set aside the report of no distribution and/or liquidate the Debtor's personal property. Rather, the instant motion seeks to re-open the case to allow a new trustee to liquate claims now held by the estate.

WHEREFORE, the United States Trustee respectfully requests that the above-referenced case be reopened pursuant to 11 U.S.C. §350(b) and that the filing fee be deferred until such time as the Court deems appropriate.

This 4th day of October, 2017.

        Respectfully submitted,

        GUY G. GEBHARDT, ACTING
        UNITED STATES TRUSTEE, REGION 21


        By: */s/ Matthew E. Mills*
        MATTHEW E. MILLS
        Assistant United States Trustee

Office of the United States Trustee
2 East Bryan Street, Ste. 725
Savannah, Georgia  31401
(912) 652-4112
Georgia Bar No. 509718

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within and foregoing Motion to Reopen and Defer Filing Fee has this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon. In addition, electronic service was received by those parties that are entitled to receive service in this case through the Electronic Filing System of this Court.

Mr. Keith A. Fauvie
W4736 County Road G, Box 23
Mauston, WI 53948

Mr. John Pytte
Attorney at Law
Post Office Box 949
Hinesville, Georgia 31310

Mr. James L. Drake, Jr.
Attorney at Law
Post Office Box 9945
Savannah, Georgia 31412

This 4th day of October, 2017.

BY: */s/ Matthew E. Mills*
Matthew E. Mills

Office of the United States Trustee
2 East Bryan Street, Ste. 725
Savannah, Georgia 31401
(912) 652-4112