# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 15-40635 | Trustee Name: | (300590) Wendy A. Owens |
| Case Name: | FAUVIE, KEITH A. | Date Filed (f) or Converted (c): | 10/18/2017 (f) |
| | | § 341(a) Meeting Date: | |
| For Period Ending: | 06/30/2018 | Claims Bar Date: | 06/07/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8 E. Deerwood, Savannah, GA 31410, County Value $151,700, contract for sale for $178,000 | 178,000.00 | 4,093.00 | | 0.00 | FA |
| 2 | 168 Summit Dr, McDonough, GA 30253, County Value $ 80,700 | 80,700.00 | 0.00 | | 0.00 | FA |
| 3 | FCB Checking ending 4655 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | HHGS | 4,500.00 | 0.00 | | 0.00 | FA |
| 5 | clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Gold wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1 rifle, 2 pistols | 200.00 | 0.00 | | 0.00 | FA |
| 8 | E Market Account | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Chevy Camaro/ Miles 56,000 | 12,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Ford Explorer/ Miles | 7,500.00 | 0.00 | | 0.00 | FA |
| 11 | 1978 Chevy Corvette/ Miles 180,000 (recently titled in wife's name) | 9,000.00 | 7,500.00 | | 0.00 | FA |
| 12 | 2000 Pontiac Trans Am sold with bill of sale, notarized contract. | 9,000.00 | 8,000.00 | | 0.00 | FA |
| 13 | 2003 Stingray CS 220/Boat an motor | 9,100.00 | 9,100.00 | | 0.00 | FA |
| 14 | Compromise Settlement from prior Trustee (u)<br>Estate assets effected are 1978 Chevrolet Camaro and 2003 Stingray boat. | 0.00 | Unknown | | 0.00 | Unknown |
| 14 | **Assets Totals (Excluding unknown values)** | **$310,650.00** | **$28,693.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Compromise to be reached with prior Trustee and monies to be paid from prior Trustee into estate

**Initial Projected Date Of Final Report (TFR):** 03/29/2019     **Current Projected Date Of Final Report (TFR):** 03/29/2019

| 10/18/2018 | /s/Wendy A. Owens |
| Date | Wendy A. Owens |